# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA BEZMAN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>NEW YORK LIFE INSURANCE COMPANY AND DOES 1 THROUGH 10,<br><br>　　　　Defendants. | Case No. 2:17-cv-0388-MWF-AJW<br><br>(Honorable Michael W. Fitzgerald)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>**[FRCP 41(a)(1)]**<br><br>(Filed concurrently with Stipulation to Dismiss Entire Action, with Prejudice)<br><br>Complaint Filed:　　Dec. 16, 2016 |

HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

# ORDER

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed in its entirety, with prejudice. Each party shall bear her or its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED:  November 17, 2017

_____
MICHAEL W. FITZGERALD
United States District Judge

HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

300748699v1 0993954